**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 95-7915**

---

CALVIN G. GRAY,

Plaintiff - Appellant,

versus

WILLIAM TED JONES, Individually and in his
personal capacity as a private citizen and in
his official capacity as a Bluefield, West
Virginia Police Officer and/or Detective;
RICHARD M. POE, Individually and in his per-
sonal capacity as a private citizen and in his
official capacity as a former Sergeant of The
Bluefield City Police Department and current
Chief of Police of the Bluefield, West Virgin-
ia Police Department,

Defendants - Appellees.

---

Appeal from the United States District Court for the Southern Dis-
trict of West Virginia, at Bluefield. David A. Faber, District
Judge. (CA-95-861-1)

---

Submitted: May 16, 1996          Decided: May 30, 1996

---

Before RUSSELL, LUTTIG, and WILLIAMS, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Calvin G. Gray, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Gray v. Jones, No. CA-95-861-1 (S.D.W. Va. Oct. 18, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED